## MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER △
BRENNA RABINOWITZ
RAYA F. SAKSOUK

△ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

### MEMORANDUM ENDORSED

June 12, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: June 12, 2023

**By ECF**
U.S. District Judge Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  *Melissa Atwood v. Barrow Street Nursery School at Greenwich House Inc.,*
No. 23-cv-4513 (GHW)

Dear Judge Woods:

This firm represents the Plaintiff in the above-captioned matter and I write with the consent of defense counsel to request an adjournment of the August 24, 2023, initial pre-trial conference.  This is the first request for an adjournment of this conference and is made with the consent of defense counsel.

I am requesting an adjournment because I will be out of the state on vacation from August 21 through September 1. The parties have conferred and are available for a conference on August 14, 15, 16 or 17 or September 6, 8, 11, 12 or 14.

Additionally, in response to the Court's June 8, 2023 Order (ECF no. 11), the parties wish to inform the Court that they will not consent to proceed before a Magistrate Judge.

The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Scott Simpson

The parties' June 12, 2023, request to adjourn the initial pretrial conference, Dkt. No. 12, is granted.  The initial pretrial conference scheduled for August 24, 2023, is rescheduled to August 16, 2023, at 4:00 p.m.  The joint status letter and proposed case management plan described in the Court's June 1, 2023 order are due no later than August 9, 2023.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.
Dated:  June 12, 2023            _____
New York, New York                GREGORY H. WOODS
                                   United States District Judge